**UNITED STATES BANKRUPTCY COURT**
**District of Colorado**

| | |
|---|---|
| In re GUADALUPE ORTIZ AND<br>RAUL ORTIZ<br>Debtor(s). | Case No. 10-30490-SBB<br>CHAPTER 13 |

**ORDER TO DISALLOW PROOF OF CLAIM**

This matter having come before this Court on the Debtor(s) Motion to Disallow Proof of Claim and having been advised in the premises:

IT IS HEREBY ORDERED that Proof of Claim No. 17-1 is disallowed as a secured claim and is deemed unsecured.

Dated this _______ day of _______________________, 201___.

By the Court:

________________________________
U.S. Bankruptcy Judge